# DAVID B. SHANIES LAW OFFICE

411 Lafayette Street
Sixth Floor
New York, New York 10003
t: (212) 951-1710
f: (212) 951-1350
www.shanieslaw.com

March 9, 2020

**MEMO ENDORSED**

BY ECF

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Sce v. City of New York* et al., 16-CV-7577 (WHP)

Dear Judge Pauley:

      I write on behalf of the Plaintiff, Sergeant Andre Scé, to request, on consent of Defendants, an adjournment of the oral argument currently scheduled for this Friday, March 13, as Plaintiff's counsel has a scheduling conflict. Plaintiff and Defendants are both available on March 23rd and 24th. This is the first request for an adjournment of the oral argument date and no other dates will be affected by this adjournment.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

*David D Shanies*

David B. Shanies

**Application granted. The oral argument on March 13, 2020 is rescheduled to March 25, 2020 at 4:00 p.m.**

SO ORDERED:

Dated: March 9, 2020
      New York, New York

WILLIAM H. PAULEY III
U.S.D.J.