**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANDRE SCE,

                Plaintiff,                    16 **CIVIL** 7577 (WHP)

     -against-                             **JUDGMENT**

CITY OF NEW YORK, *et al.*,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated November 2, 2020, Defendants' motion for summary judgment is granted as to Scé's Title VII, § 1983, and NYCHRL claims. This Court also grants Defendants' motion to dismiss Scé's retaliation claims under Title VII, the NYSHRL, and the NYCHRL; accordingly, the case is closed.

**Dated:**  New York, New York
           November 2, 2020

                                                **RUBY J. KRAJICK**
                                               _____
                                                   **Clerk of Court**
                         **BY:**
                                                   **Deputy Clerk**