```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ANDRE SCE,                               :     16cv7577 (DLC)
                                         :
                 Plaintiff,              :     ORDER
                                         :
         -v-                             :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The above-captioned matter having been remanded and reassigned to this Court on March 31, 2022, it is hereby

ORDERED that a conference to schedule the remainder of the litigation will be held on **April 27, 2022** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any motion to amend the third amended complaint shall be filed by **April 22, 2022**. Any opposition to the motion is due **May 6, 2022**. Any reply in support of the motion is due **May 13, 2022**.

IT IS FURTHER ORDERED that the parties shall supply Chambers with two (2) courtesy copies of all motion papers at the time they are filed by mailing or delivering them to the

United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:    New York, New York
          April 8, 2022

                                    _____
                                              DENISE COTE
                                      United States District Judge