```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ANDRE SCE,                              :          16cv7577 (DLC)
                                        :
                         Plaintiff,     :             ORDER
              -v-                       :
                                        :
CITY OF NEW YORK, et al.,               :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received on August 30, 2022 the plaintiff's letter
requesting a conference pursuant to Fed. R. Civ. P. 37, it is
hereby

ORDERED that a telephone conference will be held on
**September 2, 2022** at **2:00 p.m.** to discuss the status of the
parties' discovery efforts.  The parties shall use the following
dial-in credentials for the conference.

         Dial-in:        888-363-4749
         Access Code:    4324948

The parties shall use a landline if one is available.

     SO ORDERED:

Dated:    New York, New York
          August 31, 2022

                              _____
                                        DENISE COTE
                              United States District Judge