# SHANIES
# LAW OFFICE

World's Tower Building
110 West 40th Street
Tenth Floor NYC 10018
(212) 951-1710 (tel)
(212) 951-1350 (fax)
www.shanieslaw.com

August 31, 2022

BY ECF

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Scé v. City of New York et al., 16-CV-7577 (DLC) (BCM)

Dear Judge Cote:

      I write on behalf of Plaintiff Andre Scé to request an adjournment of the conference currently scheduled for this Friday, September 2, 2022, as Plaintiff's counsel has a scheduling conflict on that day. Defendants consent to this request, so long as the conference can be held on or before Wednesday, September 7, 2022. This is the first request for an adjournment of this conference, and no other dates will be affected by this adjournment.

      We thank the Court for its time and consideration of this request.

*[Handwritten note from Judge:]* The parties shall consult and advise the Court whether they are able to participate in this conference on 9/1 at 11:00 am or 9/2 at 2 pm.
*Denise Cote*
8/31/22

Respectfully submitted,

*David W Shanies*

David B. Shanies