```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ANDRE SCE,                              :    16cv7577 (DLC)
                                        :
                    Plaintiff,          :         ORDER
          -v-                           :
                                        :
CITY OF NEW YORK, et al.,               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the conference held on September 2, 2022, it is hereby

ORDERED that the parties shall provide a status letter no later than **September 7, 2022** regarding their progress producing documents requested in discovery.

SO ORDERED:

Dated:    New York, New York
          September 2, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge