```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ANDRE SCE,                               :     16cv7577 (DLC)
                                         :
                    Plaintiff,           :     ORDER
          -v-                            :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 7, 2022, the parties submitted a status letter regarding their discovery efforts.  In the September 7 letter, the plaintiff requested the opportunity to seek discovery on disciplinary measures taken against the plaintiff that did not amount to "formal charges."  Accordingly, it is hereby

ORDERED that the plaintiff submit a letter no longer than two pages by **September 16, 2022** identifying any category of documents which he believes is discoverable but which, after consultation with the defendants, the defendants have not agreed to provide.

SO ORDERED:

Dated:   New York, New York
         September 9, 2022

                                     _____
                                            DENISE COTE
                                     United States District Judge