UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ANDRE SCE,                              :
                          Plaintiff,    :          16cv7577 (DLC)
                                        :
              -v-                       :          ORDER OF
                                        :          DISCONTINUANCE
CITY OF NEW YORK, et al.,               :
                          Defendants.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has

been settled, it is hereby

    ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **March 13, 2023**.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).


Dated:    New York, New York
          February 10, 2023

                                   _____
                                        DENISE COTE
                                   United States District Judge